ASHMORE *v.* THE STATE OF OHIO ET AL.

(No. 69-245—Decided July 30, 1969.)

---

*This decision was made after the death of JUSTICE ZIMMERMAN and before the appointment of a successor.

*Mr. Lee C. Falke*, prosecuting attorney, and *Mr. John E. Breidenbach*, for respondents.

*Mr. Kenneth Ashmore, in propria persona.*

*Per Curiam.* The petition filed herein, and the response thereto, indicate a failure of the state "to make a diligent, good-faith effort" to bring the petitioner before the Dayton Municipal Court for proceedings related to the detainer issued against him. A reasonable effort by the state to secure his presence is required by the decisions of the Supreme Court of the United States in *Klopfer* v. *North Carolina* (1967), 386 U. S. 213,        18 L. Ed. 2d      , 87 S. Ct. 988, and *Smith* v. *Hooey* (1969),        U. S.      , 21 L. Ed. 2d 607. We are of the opinion that the reasons supporting those decisions, where a petitioner is currently under indictment by a jurisdiction other than the one in which he is incarcerated, apply with equal force to a petitioner against whom a detainer has been issued based upon a warrant for his arrest.

*Writ allowed.*

Taft, C. J., O'Neill, Schneider, Herbert and Duncan, JJ., concur.*

Matthias, J., dissents.

---

*This decision was made after the death of Justice Zimmerman and before the appointment of a successor.